IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

A JACKSON HOLLOWAY, *et al.*　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　CASE NO. 3:21-CV-00209-BSM

METROPOLITAN LIFE
INSURANCE COMPANY　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

Plaintiffs have fourteen days to submit an affidavit verifying that their damages, fees and costs total $75,000 or less.  The motion to remand will receive a ruling once the affidavit has been filed.

IT IS SO ORDERED this 4th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE