IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

A JACKSON HOLLOWAY, *et al.*                                              PLAINTIFFS

v.                                  CASE NO. 3:21-CV-00209-BSM

METROPOLITAN LIFE
INSURANCE COMPANY                                                          DEFENDANT

## ORDER

The motion to remand [Doc. No. 6] is granted and this case is immediately remanded to the Sharp County Circuit Court for lack of federal jurisdiction. 28 U.S.C. § 1332; *see* Doc. Nos. 14–15.

IT IS SO ORDERED this 11th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE